Deborah Conner Scott
debbie@lalily.com
Hayworth House
1234 N. Hayworth Avenue
Apartment 124
West Hollywood, CA 90046
Telephone: 310.500.9593

FILED
2019 APR 15  AM 10: 39

Plaintiff Pro Se

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| Deborah Conner Scott,<br><br>    Plaintiff Pro Se<br><br>v.<br><br>Hayworth House, L.P. et al.,<br><br>    Defendants. | Docket No.<br><br>2:18-CV-10085-JAK(JPRx) |

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE 41(a) or (c)

PLEASE TAKE NOTICE that DEBORAH CONNER SCOTT, Plaintiff in the above-captioned matter, hereby dismisses this action in its entirety. Plaintiff states that this dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

This 15th day of April, 2019.

*Deborah Conner Scott*
Deborah Conner Scott
Pro Se